CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 22 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 7:15CR00061-001 |
| v. | ) **ORDER** |
| MARK DURAN KINSER | ) By: Hon. Glen Conrad |
| | ) Chief United States District Judge |

This matter is before the court on defendant's motion for appointment of an expert, filed March 21, 2016 at Document #90. Finding good cause, and that the expenses detailed in the attached invoice, appear fair and necessary due to the expedited nature of this case, it is now

ORDERED

that the defendant's motion shall be and hereby is GRANTED and that Darryl J. Gillespie, CPA, PC, be appointed as accountant for the defendant.

The Clerk shall certify copies of this Order to all parties and to the United States Marshal and United States Probation offices.

ENTER: This 21st day of March, 2016.

/s/ Glen Conrad
CHIEF UNITED STATES DISTRICT JUDGE